UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 00-cv-02331-EWN-PAC

D'ARCY W. STRAUB,

    Plaintiff and Counterclaim Defendant,

v.

DAVID LAZAROFF,

    Defendant and Counterclaim Plaintiff.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter having come on to be heard upon the parties' Stipulation for Dismissal with Prejudice, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice is approved and all claims brought herein, or which may have been brought herein, are hereby dismissed with prejudice, each party to pay his own respective costs and fees.

Dated this 25th day of August, 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                U.S. District Court Judge